**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| In re Emergency Application of<br><br>HAPAG-LLOYD AG<br>　Applicant<br><br>For Order Authorizing Discovery For Use In<br>Foreign Proceedings Under 28 U.S.C. § 1782 | Civil Action No.: 4:25-cv-0263 |

**RESPONSE TO COURT'S ORDER**

COMES NOW, HAPAG-LLOYD AG, Applicant by and through its counsel of record, herewith further respond to the Court's Order (Dkt. 7) and show this Court as follows:

1.

On May 5, 2026, HAPAG-LLOYD AG and the M/V SPIL KARTIKA (the "Vessel") jointly filed a response (Dkt. 8 & 10) to the Court's Order (Dkt. 7) seeking an additional 30 days to compile and review the information that was the subject of the Court's order for discovery for use in foreign proceedings (Dkt. 5). On June 5, 2026, HAPAG-LLOYD AG filed a response (Dkt. 11) to the Court's Order (Dkt. 7) seeking an additional 7-day extension to allow counsel for the Vessel to receive the required authority from his client for the parties to jointly request an appropriate extension.  On June 12, 2026 (Dkt. 12) the parties sought an additional thirty (30) day extension to continue the exchange of documents and information.  Toward that end, both parties continue to work to ensure the exchange of documents and information is completed.  However, while the parties have successfully exchanged a meaningful amount of the information sought, there continue to be open items from both parties yet to be exchanged.

-2-

2.

The parties would, therefore, jointly request that this Honorable Court retain jurisdiction over this matter for a period of thirty (30) days or up to through and including Sunday, August 9, 2026.

RESPECTFULLY SUBMITTED this 10th day of July, 2026.

BRENNAN HARRIS & ROMINGER, LLP                  BOUHAN FALLIGANT LLP


/s/ Langston Bass, Jr.                           /s/ Todd M. Baiad
T. LANGSTON BASS, JR.                            TODD M. BAIAD
State Bar No. 041320                             State Bar No. 031605
tlb@bhrlegal.com                                 tmbaiad@bouhan.com
6001 Chatham Center Drive, Suite 310             One West Park Avenue
Post Office Box 2784                             Post Office Box 2139
Savannah, Georgia 31402                          Savannah, Georgia  31402-2139
Tel: (912) 233-3399                              Tel: (912) 232-7000
Facsimile: (912) 236-4558                        Facsimile: (912) 233-0811

*Counsel for the Vessel Interests*              *Counsel for Hapag-Lloyd AG*