**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| In re Emergency Application of<br><br>HAPAG-LLOYD AG<br>    Applicant<br><br>For Order Authorizing Discovery For Use In<br>Foreign Proceedings Under 28 U.S.C. § 1782 | Civil Action No.: 4:25-cv-0263 |

**RESPONSE TO COURT'S ORDER**

COMES NOW, HAPAG-LLOYD AG, Applicant by and through its counsel of record, herewith further respond to the Court's Order (Dkt. 7) and show this Court as follows:

1.

On May 5, 2026, HAPAG-LLOYD AG and the M/V SPIL KARTIKA (the "Vessel") jointly filed a response (Dkt. 8 & 10) to the Court's Order (Dkt. 7) seeking an additional 30 days to compile and review the information that was the subject of the Court's order for discovery for use in foreign proceedings (Dkt. 5). On June 5, 2026, HAPAG-LLOYD AG filed a response (Dkt. 11) to the Court's Order (Dkt. 7) seeking an additional 7-day extension to allow counsel for the Vessel to receive the required authority from his client for the parties to jointly request an appropriate extension.  On June 12, 2026, (Dkt. 12) and July 10, 2026 (Dkt. 13), the parties sought additional thirty (30) day extensions to continue the exchange of documents and information. Toward that end, both parties continue to work to ensure the exchange of documents and information is completed.  However, while the parties have successfully exchanged a meaningful amount of the information sought, there are some items being addressed and investigated by the M/V SPIL KARTIKA.

-2-

2.

The parties would, therefore, jointly request that this Honorable Court retain jurisdiction over this matter for a period of thirty (30) days or up to through and including Tuesday, September 8, 2026.

RESPECTFULLY SUBMITTED this 7th day of August, 2026.

| | |
|---|---|
| BRENNAN HARRIS & ROMINGER, LLP | BOUHAN FALLIGANT LLP |
| /s/ *Langston Bass, Jr.* | /s/ *Todd M. Baiad* |
| T. LANGSTON BASS, JR. | TODD M. BAIAD |
| State Bar No. 041320 | State Bar No. 031605 |
| tlb@bhrlegal.com | tmbaiad@bouhan.com |
| 6001 Chatham Center Drive, Suite 310 | One West Park Avenue |
| Post Office Box 2784 | Post Office Box 2139 |
| Savannah, Georgia 31402 | Savannah, Georgia 31402-2139 |
| Tel: (912) 233-3399 | Tel: (912) 232-7000 |
| Facsimile: (912) 236-4558 | Facsimile: (912) 233-0811 |
| ***Counsel for the Vessel Interests*** | ***Counsel for Hapag-Lloyd AG*** |