**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| In re Emergency Application of<br><br>HAPAG-LLOYD AG<br>Applicant<br><br>For Order Authorizing Discovery For Use In Foreign Proceedings Under 28 U.S.C. § 1782 | Civil Action No.: 4:25-cv-0263 |

**RESPONSE TO COURT'S ORDER**

COMES NOW, HAPAG-LLOYD AG, Applicant by and through its counsel of record, herewith further respond to the Court's Order (Dkt. 7) and show this Court as follows:

1.

On May 5, 2026, HAPAG-LLOYD AG and the M/V SPIL KARTIKA (the "Vessel") jointly filed a response (Dkt. 8 & 10) to the Court's Order (Dkt. 7) seeking an additional 30 days to compile and review the information that was the subject of the Court's order for discovery for use in foreign proceedings (Dkt. 5). On June 5, 2026, HAPAG-LLOYD AG filed a response (Dkt. 11) to the Court's Order (Dkt. 7) seeking an additional 7-day extension to allow counsel for the Vessel to receive the required authority from his client for the parties to jointly request an appropriate extension. On June 12, 2026, (Dkt. 12), July 10, 2026 (Dkt. 13), August 7, 2026 (Dkt. 14), and September 8, 2026 (Dkt. 16), the parties sought additional thirty (30) day extensions to continue the exchange of documents and information. On the basis of the prior requests, vessel interests produced additional outstanding material, the latest of which was provided yesterday. HAPAG LLOYD AG is reviewing the material in the hopes that nothing else remains outstanding and that the parties will be able to dismiss the case at the expiration of this thirty (30) day extension. The

parties continue to thank the court for its attention, patience, and consideration with regards to this and prior requests.

2.

The parties would, therefore, jointly request that this Honorable Court retain jurisdiction over this matter for a period of thirty (30) days or up to through and including Thursday, November 12, 2026.

RESPECTFULLY SUBMITTED this 13th day of October, 2026.

BRENNAN HARRIS & ROMINGER, LLP

/s/ *Langston Bass, Jr.*
T. LANGSTON BASS, JR.
State Bar No. 041320
tlb@bhrlegal.com
6001 Chatham Center Drive, Suite 310
Post Office Box 2784
Savannah, Georgia 31402
Tel: (912) 233-3399
Facsimile: (912) 236-4558

***Counsel for the Vessel Interests***

BOUHAN FALLIGANT LLP

/s/ *Lucas D. Bradley*
TODD M. BAIAD
State Bar No. 031605
LUCAS D. BRADLEY
State Bar No. 672136
tmbaiad@bouhan.com
ldbradley@bouhan.com
One West Park Avenue
Post Office Box 2139
Savannah, Georgia 31402-2139
Tel: (912) 232-7000
Facsimile: (912) 233-0811

***Counsel for Hapag-Lloyd AG***